**No. 60906.**—G. Joannou Cycle Co., Inc., and Barian Shipping Co., Inc. *v.* United States, protests 275000–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of bicycle lamps similar in all material respects to those the subject of *Eric Wedemeyer* v. *United States* (7 Cust. Ct. 141, C. D. 556), the claim of the plaintiffs was sustained.